IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENISHO HOWSE,

    Plaintiff,                        No. CIV S-07-0010 GEB DAD P

    vs.

LT. J. MAYKEL, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit his application in support of his request to proceed in forma pauperis pursuant to the court's order of January 8, 2007. The extension will be granted; however, plaintiff must submit the appropriate application. On January 16, 2007, plaintiff filed a notice of change of address and it appears that plaintiff may no longer be in custody. Therefore, the court will direct the Clerk of the Court to provide plaintiff with an application for a non-prisoner.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 18, 2007 request for an extension of time is granted;

        2. Plaintiff is granted thirty days from the date of this order to file the appropriate application in support of a request to proceed in forma pauperis; and

/////

1

3. The Clerk of the Court is directed to provide plaintiff with an application for requesting leave to proceed in forma pauperis for a non-prisoner.

DATED: January 25, 2007.

> _Dale A. Drozd_
> DALE A. DROZD
> UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
hows0010.36

2